JOHANNA W. ROLLER, Individually and as Administratrix of the Estate of ALBERT H. ROLLER, Deceased, et al., Respondents, v. FRANK STANLY, Appellant. — Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of Special Term, entered September 15, 1950, properly made? Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See 277 App. Div. 1147.]

LOTHAIR H. SZERLIP, Respondent, v. CROWN ENTERPRISES, INC., et al., Appellants, and MOSS INDUSTRIES, INC., et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. Motion for reargument denied, with $10 costs. Present — Nolan, P. J., Carswell, Johnston and Sneed, JJ.; MacCrate, J., not voting. [See 277 App. Div. 1060.]

PETER VLAHAKIS et al., Doing Business as FIVE CORNERS SWEET SHOPPE, Appellants, v. HARRY SHARF, Doing Business as NATIONAL SODA FOUNTAIN Co., Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See 277 App. Div. 1052.]

LOTTIE WOLFSON et al., Respondents-Appellants, v. MAX GERSHUNOFF, Doing Business as THE OCEAN BREEZE HOTEL, Appellant-Respondent, MANYA REALTY CORP., Respondent, et al., Defendants.— Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See 277 App. Div. 1149.]

HAROLD J. CLOUTMAN, Appellant, v. JAMAICA BUSES, INC., Respondent.— Appeal by plaintiff from a judgment entered in his favor after trial by the court, without a jury. The action is to recover compensation for legal services rendered. Judgment unanimously affirmed, without costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

GRACE DALURY, Plaintiff, v. GEORGE LUTZ et al., Copartners Doing Business under the Name of ROCKY POINT RECREATION CENTER, Defendants and Third-Party Plaintiffs-Respondents. FRANK THOMPSON, Doing Business as THOMPSON AMUSEMENT COMPANY et al., Third-Party Defendants-Appellants.— Action to recover damages for personal injuries suffered by plaintiff while on defendants' premises. Order denying third-party defendants' motion to dismiss the third-party plaintiffs' complaint affirmed, with $10 costs and disbursements, with leave to said third-party defendants to answer within ten days from the entry of the order hereon. No opinion. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur. [198 Misc. 749.]